FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

14 JUN 13 PM 1:28

OFFICE OF THE CLERK

## PRO SE CIVIL COMPLAINT

Case No. __8:14cv180__
(the court will assign a number)

### I. CASE CAPTION: Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A.  Plaintiff(s) Name(s):   Address(es):   Telephone No. (only if you are NOT a prisoner)

Joseph A. / Timothy Kurtz   (210 South 25TH St)   402-630-7722
5301 South 36TH #2
Omaha, Nebr
68107

B.  Defendant(s) Name(s):   Address(es) If known:

Jim Fisk #7 room   1323 Martha St
Joshua France #5 room   1323 Martha St
Mark Himelic - disconnect on land-line phone
Matthew Himelic (Son) on Bancroft St Location   1323 Martha St. / Bancroft St address
And any other outside interference
Jasla Miller - "we are all in this together"
Eric Gleason - remark are you passing your classes"

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

Distraction from E.E.O.C complaints which testimony was false in statement. Witness lied about testimony

B. **What** happened?

Visits, and followed by a group of African American and putting Mr. Kurtz in harms way, unsafe conditions on city streets of Omaha. followed everyday to school & home and free time in old market

## II. STATEMENT OF CLAIM(S) (continued)

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

__✓__ United States or a federal official or agency is a party

__✓__ Claim arises under the Constitution, laws or treaties of the United States

__✓__ Violation of civil rights

_____ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

__✓__ Other basis for jurisdiction in federal court (explain below)

_unsafety enviroment out side my residence, and_
_surrounding area, School included._

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

_NONE_

## V. RELIEF

State briefly what you want the court to do for you.

_settle the matter in compensation and bring peace to the streets of Omaha — and keep certain people of intimidation from happening in the future._

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ✓      No _____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

_sent for hearing date_

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

## VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY _____   JUDGE \_\_\_✓_____

## VIII. VERIFICATION

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed:  Signature(s) of Plaintiff(s):

05-10-2014   *Joseph A. Putz*

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**